*Messrs. William D. Donnelly* and *Charles S. Lynch* for respondents.

No. 873.   ARABI PACKING CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   June 3, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. H. W. Robinson* for petitioner.   *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman,* and *Richard H. Demuth* for respondent.

No. 917.   RUNDIN *v.* SELLS.   June 3, 1940.   Petition for writ of certiorari to the Supreme Court of Washington denied.   *Elmer Rundin, pro se.*

No. 939.   UNITED STATES EX REL. TSEVDOS *v.* REIMER, COMMISSIONER OF IMMIGRATION.   June 3, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. John S. Wise, Jr.* for petitioner.   *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for respondent.

No. 940.   SENTINEL OIL CO. *v.* UNITED STATES.   June 3, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Reuben G. Hunt* for petitioner.   *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.